269 F.3d 1124 (9th Cir. 2001)
 THOMAS JAMES WELCH, Petitioner-Appellant,
v.
ANTHONY C. NEWLAND, Warden, Respondent-Appellee.
 No. 00-15366
D.C. No. CV-99-05371-DLB
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed October 29, 2001
 
 Before: Canby, Hawkins, and Gould, Circuit Judges.
 
 ORDER
 
 1
 The mandate in this matter is ordered STAYED pending the decision of the United States Supreme Court in Saffold v. Newland, cert. granted ___U.S.___, 122 S.Ct. 393, ___L.Ed.2d___ (2001) (250 F.3d 1262 (9th Cir. 2000)).